# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Tim Clifton,  Civil No. 05-2472 (DWF/RLE)

      Plaintiff,

v.  **ORDER ADOPTING THE REPORT AND RECOMMENDATION**

Hennepin County Deputy Horbin,
Hennepin County Sheriff's Department,
and Hennepin County,

      Defendants.

---

Tim Clifton, *Pro Se*, Plaintiff.

Richard D. Hodsdon, Esq., Washington County Attorney's Office, counsel for Defendant Hennepin County Deputy Horbin; and Toni A. Beitz, Esq., Hennepin County Attorney's Office, counsel for Defendants Hennepin County Sheriff's Department and Hennepin County.

---

Based upon the Findings and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED:**

    1.    That the Motion of Hennepin County and the Hennepin County Sheriff's Department for Judgment on the Pleadings, or to Dismiss (Doc. No. 16) is **GRANTED**.

      2.      That the Motion of Hennepin County and the Hennepin County Sheriff's Department for Judgment on the Pleadings, or to Dismiss (Doc. No. 28) is **DENIED**.

Dated:  September 22, 2006        <u>s/Donovan W. Frank</u>
                                        DONOVAN W. FRANK
                                        Judge of United States District Court